United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAFFTON ANTHONY BLOOMFIELD, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-03032 |
| | § | |
| TODD BLANCHE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER FOR AN EXPEDITED RESPONSE

Petitioner has filed a motion for a preliminary injunction requesting relief from her prolonged detention. Doc. No. 21 and attachments thereto. The Court observes that Petitioner has a final order of removal, is being held under 8 U.S.C. § 1231, and has been detained now for over 8 months. Petitioner contends that her continued detention is unconstitutional under *Zadvydas* because there is no significant likelihood that her removal will occur in the reasonably foreseeable future. She further alleges that she is subjected to sexual abuse and pervasive sexual harassment and is being denied adequate medical care.

To give due consideration to Petitioner's motion, the Court **ORDERS** the Respondents to file a response to Petitioner's emergency motion by **Friday, August 21, 2026**. The response shall: (1) update the Court on what steps have been taken, since May 2026, to remove Petitioner and show whether her removal is likely to occur in the reasonably foreseeable future; (2) apprise the Court regarding whether the Government has

1 / 2

considered releasing the petitioner on an Order of Supervision given the prolonged period of detention, the alleged sexual abuse and/or pervasive sexual harassment to which Petitioner claims to be subjected on a daily basis, and the alleged lack of adequate medical care/medicine/mental health assistance for Petitioner, who is in their custody; and (3) state what steps have been taken to ameliorate these alleged conditions regarding sexual harassment/abuse/assault and inadequate medical and mental health care.

The Clerk will enter this Order, providing a correct copy to all parties of record, including sending notice to the United States Attorney's Office for the Southern District of Texas by electronic mail to USATXS.CivilNotice@usdoj.gov.

**SO ORDERED**.

SIGNED on this _____11____ day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE